✏AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Hart Ski Corporation, a Minnesota corporation;
and QAM Corporation, a Minnesota corporation

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  09-cv-1276-DWF-JJK

Glen Johnson, an individual;
Johnson-Muckerman Enterprises, Inc.,
a Colorado corporation; John Doe; Jane Doe;
XYZ Corporation; and ABC Partnership

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-entitled action is DISMISSED WITH PREJUDICE on its merits, but without costs or disbursements to any of the parties thereto.

|         August 16, 2011         |          RICHARD D. SLETTEN, CLERK          |
| Date                            |                                             |
|                                 |          s/L. Brennan                       |
|                                 | (By)        L. Brennan,   Deputy Clerk      |